IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| KEVIN JOHNSON, | § | |
| --- | --- | --- |
| Plaintiff, | § | |
| v. | § | 2:17-CV-054-D |
| PATRICIA FLOWERS, et al., | § | |
| Defendants. | § | |

**ORDER**

After making an independent review of the pleadings, files, and records in this case, and the November 15, 2018 findings, conclusions, and recommendation of the magistrate judge, the court concludes the magistrate judge's findings and conclusions are correct. The recommendation of the magistrate judge is adopted, and this action is dismissed without prejudice to plaintiff's right to reopen the case if he pays the filing and administrative fees and files a motion to reopen within 30 days of the date the judgment is filed.

**SO ORDERED**.

December 21, 2018.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE